■ FRANCES FROMKES v. NORTHEASTERN LIFE INSURANCE COMPANY OF NEW YORK.— Motion to strike appellant's record on appeal or, in the alternative, to supplement same with minutes of examination before trial granted to the extent of directing that a copy of the examination dated October 27, 1959, be handed up to the court on the argument or submission of the appeal. The appellant is directed to serve and file a new notice of argument for February 28, 1961, on or before February 16, 1961. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY CARTER.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ COSMO TINO et al., v. PATRICK R. FLYNN et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before February 16, 1961, with notice of argument for February 28, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated January 11, 1961, is continued pending the hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ MARY A. WILKINSON v. SAMUEL N. WILKINSON.— Motion to dismiss denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL DUNCAN.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, but upon printed appellant's points; the original record and appellant's printed points to be filed on or before March 28, 1961 with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HILL.— Order of this court entered on December 15, 1960, assigning Anthony F. Marra, Esq., as counsel for the defendant-appellant, is vacated, and Demetrios Psoras, Esq., of 95-34 Roosevelt Avenue, Jackson Heights, New York, is assigned as counsel for defendant-appellant for the purposes of the appeal in the place and stead of Anthony F. Marra, Esq. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES HAYNES.— Order of this court entered on January 26, 1961, assigning Rita Schechter, Esq., as counsel for the defendant-appellant, is vacated, and Jerome T. Orans, Esq., of 574 Fifth Avenue, New York, New York, is assigned as counsel for defendant-appellant for the purposes of the appeal in the place and stead of Rita Schechter, Esq. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CHRIS PETERS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. EVARISTO BERRLOS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN S. SCOPAS and JACOB COHEN. (D) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD H. SWERDLOW. (E) THE PEOPLE OF THE STATE OF NEW YORK v. ANIBAL COLON.— [In each action] Enlargement of time granted. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.